Ilyce Shugall (CA Bar No. 250095)
Claudia Valenzuela*
IMMIGRANT LEGAL DEFENSE
1301 Clay St., #70010
Oakland, CA 94612
Telephone: (415) 758-3765
ilyce@ild.org

*Attorneys for Petitioner Mr. Rivera Larios*

*Pro hac vice application forthcoming*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Jorge RIVERA LARIOS,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>SERGIO ALBARRAN, in his official capacity, San Francisco Field Office Director, U.S. Immigration and Customs Enforcement;<br><br>KRISTI NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security; and<br><br>PAMELA BONDI, in her official capacity, Attorney General of the United States,<br><br>　　　　　　　　　Respondents. | Case No. 3:25-cv-8799-AMO<br><br>**EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Rule 65-1 of the Local Rules of this Court, Petitioner Jorge Rivera Larios hereby moves the Court for emergency relief in the form of a temporary restraining order directing Respondents to immediately release him from civil incarceration. Mr. Rivera Larios also moves this Court to enjoin Respondents from re-arresting him pending further order of this Court. Mr. Rivera Larios also seeks a temporary restraining order enjoining Respondents from relocating Petitioner outside of the Northern District of California pending final resolution of this case.

This application is supported by the Memorandum of Points and Authorities, his Petition for Writ of Habeas Corpus and supporting exhibits, as well as any additional submissions that may be considered by the Court. As set forth in the Points and Authorities in support of this Motion, Mr. Rivera Larios raises that he warrants a temporary restraining order due to his weighty liberty interest under the Due Process Clause of the Fifth Amendment and Respondent's violation of his rights in arresting him without notice and a hearing.

Dated: October 15, 2025                                                        IMMIGRANT LEGAL DEFENSE

By: */s/ Ilyce Shugall*
Ilyce Shugall
Claudia Valenzuela
IMMIGRANT LEGAL DEFENSE
1301 Clay St., #70010
Oakland, CA 94612
ilyce@ild.org

*Attorneys for Petitioner*