UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RIVERA LARIOS,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No. 25-cv-08799-AMO<br><br>**ORDER**<br><br>Re: Dkt. No. 24 |

Before the Court is Petitioner Jorge Rivera Larios's motion to enforce the Court's October 31, 2025 preliminary injunction. In relevant part, Petitioner asserts that Respondents violated the preliminary injunction by unlawfully re-detaining him. The Court **ORDERS** Respondents to respond to the motion to enforce in writing by no later than 5:00 p.m. on November 11, 2025. Petitioner may file a reply brief, if any, by no later than 11:59 p.m. on November 12, 2025. The Court will determine whether a hearing is necessary following review of the papers.

**IT IS SO ORDERED.**

Dated: November 10, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**