UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Jorge RIVERA LARIOS, | Case No. 3:25-cv-8799-AMO |
| *Petitioner*, | |
| v. | |
| SERGIO ALBARRAN, in his official capacity, San Francisco Field Office Director, U.S. Immigration and Customs Enforcement; | |
| KRISTI NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security; and | |
| PAMELA BONDI, in her official capacity, Attorney General of the United States, | |
| *Respondents*. | |

**[Proposed] Order AS MODIFIED on Administrative Motion
to File Under Seal In Conformance With Civil Local Rule 79-5**

The Court, having considered Petitioner's Administrative Motion to Seal Pursuant to Local Rule 79-5, hereby ORDERS the following with respect to each document Petitioner seeks to seal:

| Document | Sealing Granted/Denied |
|---|---|
| ADDENDUM TO VERIFIED PETITION FOR WRIT OF HABEAS CORPUS, Exhibits A - J. | **GRANTED** |

**In addition, the Court finds good cause to seal the remaining unsealed items on the docket.  The Court hereby ORDERS the Clerk of Court to lock Docket Entries 1 through 14 from public view.**

**IT IS SO ORDERED.**

This the 19th day of November, 2025

_____
ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE