UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RIVERA LARIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO ALBARRAN, et al.,<br><br>    Defendants. | Case No. 25-cv-08799-AMO<br><br>**ORDER**<br><br>Re: Dkt. No. 36 |

Before the Court is Petitioner Jorge Rivera Larios's motion for leave to file an amended petition for habeas corpus. Dkt. No. 36. After complete briefing of the motion, the Government Defendants appealed the Court's earlier grant of a preliminary injunction in Petitioner's favor. *See* Prelim. Inj. Order (Dkt. No. 22); Gov't Ntc. Appeal (Dkt. No. 41). It is unclear at this stage whether the appeal divests the Court of jurisdiction to resolve the motion for leave to amend. Therefore, the Court ORDERS the parties to meet and confer and submit either (1) a joint report or (2) competing briefs not to exceed three pages each describing the parties' respective positions regarding the District Court's continued jurisdiction pending appeal of the preliminary injunction. The report or competing briefs shall be submitted by no later than noon on January 16, 2026.

**IT IS SO ORDERED.**

Dated: January 7, 2026

                                                    **ARACELI MARTÍNEZ-OLGUÍN**
                                                    **United States District Judge**