CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6488
     FAX: (415) 436-6748
     kelsey.helland@usdoj.gov

Attorneys for Respondents

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE RIVERA LARIOS, | Case No. 3:25-cv-08799-AMO |
|     Petitioner, | **STIPULATION TO DISSOLVE PRELMINARY INJUNCTION** |
|   v. | |
| SERGIO ALBARRAN, et al., | |
|     Respondents. | |

The parties hereby stipulate and respectfully request that the Court order that the Preliminary Injunction entered in this matter (Dkt. No. 22) be dissolved, because the parties have agreed to stipulate to the dismissal of this action. *See* Dkt. No. 44. In the interest of clarity and for the avoidance of doubt, the parties agree and request that the Court confirm that, upon the entry of this Stipulation and Order, the Preliminary Injunction will no longer have any force and effect and will not bind Respondents in any way.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: January 21, 2026        By:    */s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
Attorney for Respondents


By:   /s/ Ilyce Shugall
Ilyce Shugall
Claudia Valenzuela
IMMIGRANT LEGAL DEFENSE
1301 Clay St., #70010
Oakland, CA 94612
ilyce@ild.org
Attorneys for Petitioner Jorge Rivera Larios

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   January 26, 2025

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIP. TO DISSOLVE PI
3:25-cv-08799-AMO